IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SONYA G. CHERRY, | ) |
|     Plaintiff, | ) |
| v. | ) Case No. 3:07-cv-0079 |
| MICHAEL J. ASTRUE, | ) Judge Thomas A. Wiseman, Jr. |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
|     Defendant. | ) |

## ORDER

Before the Court is Plaintiff Sonya G. Cherry's Motion for Judgment on the Administrative Record (Doc. No. 25) and supporting memorandum (Doc. No. 26) seeking judicial review of the Commissioner's denial of her claim for Social Security Disability Insurance Benefits ("DIB") and Supplemental Security Income ("SSI"). For the reasons explained in the accompanying Memorandum Opinion, the Court finds that the ALJ's decision is supported by substantial evidence in the record and that the ALJ applied the correct legal principles in reaching his decision.

Accordingly, the Court hereby **WITHDRAWS** the previous reference to the Magistrate Judge. Plaintiff's Motion for Judgment on the Administrative Record is **DENIED**, the Commissioner's decision is **AFFIRMED**, and this matter is **DISMISSED**. Judgment is hereby entered in favor of the Commissioner.

It is so **ORDERED**.

This is a final judgment for purposes of Fed. R. Civ. P. 58, from which an appeal may lie.

                                                          Thomas A. Wiseman, Jr.
                                                          Senior U.S. District Judge